# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 20-1218-DSF (PLA)                                    Date  April 1, 2020

Title:  Thomas Drumm vs. Dr. Muhammad A. Farooq, et al.

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Pursuant to this Court's Order of February 7, 2020, plaintiff was ordered to file a Notice of Current Address **no later than March 9, 2020**. To date, no Notice of Current Address has been filed with the Court. Accordingly, **no later than April 22, 2020, plaintiff is ordered to show cause** why this case should not be dismissed for failure to follow court orders. Filing of the Notice of Current Address on or before April 22, 2020, shall be deemed compliance with this Order to Show Cause.


cc:     Thomas Drumm, Pro se


Initials of Deputy Clerk_____ch_____