# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS DRUMM, | ) | No. CV 20-1218-DSF (PLA) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| CDCR, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motion for Judgment on the Pleadings (ECF No. 55) is granted.
3. Judgment shall be entered consistent with this Order.
4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: March 8, 2021

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE