JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS DRUMM, | ) | No. CV 20-1218-DSF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CDCR, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that defendants' Motion for Judgment on the Pleadings is granted, the Second Amended Complaint is dismissed without leave to amend, and the action is dismissed.

DATED: March 8, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE